This case is 4150436 against Convy, Gramercy, and others. And we again, as in the case we just heard, have for the appellant, Sean O'Shea, and for the appellee, Mr. Canada. We understand that the arguments that you just set forth in the prior case in 4150435 may suffice for arguments in this particular number. However, because this case was also set for Orals, this is an opportunity, if you have anything you want to add, to what you've already argued to this court a few moments ago. So we'll start with you, Mr. O'Shea. I think my adversary and I are in agreement that we fully argue the case and that any differences will be set forth in the briefs. Okay. Very good. That's right. I think the legal issues are the same and there are some differences in the contacts on the different transactions. Okay, gentlemen. Thank you very much. This matter will be taken under advisement as the former one was. The case is submitted and the court stands in recess.